IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FELIX LUIS CUEVAS-
RODRIGUEZ,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3199

Opinion filed August 18, 2016.

Petition for Emergency Writ of Habeas Corpus -- Original Jurisdiction.

Felix Luis Cuevas-Rodriguez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.